**IT IS ORDERED as set forth below:**



Date: February 20, 2020

Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Augusta Division

| | |
|---|---|
| IN RE: )<br>)<br>APRIL NICOLE TURNER, )<br>)<br>    Debtor )<br>_____) | Chapter 7 Case<br>Number <u>19-11615</u> |

**ORDER**

Before the Court is a motion to avoid judgment lien filed by April Nicole Turner ("Debtor") seeking to avoid the $80,142.00 judgment lien against Debtor in favor of Runae Watson, Executor of the Estate of Milton Keene (the "Estate") in the Superior Court of McDuffie County, Georgia recorded at General Execution Docket 97, Page 17. Upon the Estate's objection, a hearing was held on February 20, 2020.

Pursuant to 11 U.S.C. §522(f), Debtor may avoid a lien to the extent it impairs Debtor's exemptions. A lien impairs an

AO 72A
(Rev. 8/82)

exemption to the extent that the sum of the lien, all other liens, and amount of exemptions claimed exceeds the value of Debtor's interest in the property. See 11 U.S.C. §522(f)(2). In this case, the sum of $80,142.00 (the Estate's lien) + $9,451.00 (all other liens) + $66,489.02 (Debtor's claimed exemptions) equals $156,082.02. Debtor's interest in property is $80,374.02. Subtracting $80,374.02 from $156,082.02 equals $75,708.00 which is $4,434.00 less than the amount of the Estate's lien. Therefore, the lien is avoided to the extent of $75,708.00, the amount by which the lien impairs Debtor's exemptions.

For these reasons and for the reasons set forth on the record at the hearing, the motion to avoid judgment lien is ORDERED GRANTED in part. IT IS FURTHER ORDERED the Estate shall retain a secured claim in the amount of $4,434.00.

**[END OF DOCUMENT]**